LIPSON NEILSON P.C.
Joseph P. Garin (Bar No. 6653)
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500/FAX (702) 382-1512
jgarin@lipsonneilson.com

William Munoz (CA Bar No. 191649 / NV Bar No. 12458)
MURPHY, PEARSON, BRADLEY & FEENEY
88 Kearny Street, 10th Floor
San Francisco, CA 94108-5530
(415) 788-1900/FAX (415) 393-8087
wmunoz@mpbf.com
*U.S. District Application in process*

Attorneys for Defendant
HANSON CRAWFORD CRUM FAMILY LAW
GROUP, LLP

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JEFFREY RANDALL,<br><br>   Plaintiff,<br><br>v.<br><br>HANSON CRAWFORD CRUM FAMILY LAW GROUP, LLP, California limited liability partnership,<br><br>   Defendants.<br>_____ | Case No.: 3:18-cv-00479-MMD-WGC<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION, IMPROPER VENUE, OR IN THE ALTERNATIVE, MOTION TO TRANSFER VENUE** |

In support of their Motion to Dismiss, or in the alternative, Motion to Transfer under the Federal Rules of Evidence Rule 201 HANSON CRAWFORD CRUM FAMILY LAW GROUP, LLP, requests that the court take judicial notice of the following documents, papers, and records.

1. The Complaint filed on January 24, 2018, in the Superior Court of the State of California, County of San Mateo, entitled *Hanson Crawford Crum Family Law Group, LLP v. Jeffrey Randall*, Case No. 18CIV00386. A true and correct copy is attached hereto as **Exhibit A.**

2.  The Answer and Counterclaim against Hanson Crawford Crum Family Law Group, LLP, filed by Jeffrey Randall on October 9, 2018, in the U.S. District Court of the Northern District of California, entitled *Hanson Crawford Crum Family Law Group, LLP v. Jeffrey Randall*, Case No. 3:18-cv-03371-VC. A true and correct copy is attached hereto as **Exhibit B**.

3.  The U.S. District Court of the Northern District of California Civil Docket for Case No. 3:18-cv-03371-VC. A true and correct copy is attached hereto as **Exhibit C**.

DATED this 20th day of November, 2018.

LIPSON NEILSON P.C.

By: _____
Joseph P. Garin (Bar No. 6653)
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144

and

William Munoz (CA Bar No. 191649 / NV Bar No. 12458)
MURPHY, PEARSON, BRADLEY & FEENEY
88 Kearny Street, 10th Floor
San Francisco, CA 94108-5530
(415) 788-1900/FAX (415) 393-8087
wmunoz@mpbf.com
*U.S. District Application in process*

Attorneys for Defendant
HANSON CRAWFORD CRUM FAMILY LAW GROUP, LLP

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of November, 2018, service of the foregoing **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION, IMPROPER VENUE, OR IN THE ALTERNATIVE, MOTION TO TRANSFER VENUE** was made by emailing and by depositing a true and correct copy of same in the united states mail, postage prepaid, addressed to**:**

Jeffrey Randall
958 Jennifer Street
Incline Village, NV 89451
jeffrandall@gmail.com

*Pro Se*

/s/ *Darnell D. Lynch*
An employee of
Lipson Neilson P.C.